UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:20-CR-67-REW-HAI |
| v. | ) ) | ORDER |
| RONALD LEE JONES, | ) ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 44 (Minute Entry), Judge Ingram recommended that the undersigned accept Defendant Jones's guilty plea and adjudge Jones guilty of Counts One and Two of the Indictment (DE 1). *See* DE 45 (Recommendation). Judge Ingram expressly informed Jones of the right to object to the recommendation and to secure de novo review from the undersigned. *See id.* at 2–3. The established, 3-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 66, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate's judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 45, **ACCEPTS** Jones's guilty plea, and **ADJUDGES** Defendant guilty of Counts One and Two of the Indictment; and

2. The Court will issue a separate sentencing order.[1]

This the 27th day of July, 2021.

Signed By:
Robert E. Wier /s/ REW
United States District Judge

---

[1] At the hearing, Judge Ingram remanded Jones to custody. *See* DE 44. This was the status pre-plea. The Court, thus, sees no need to further address detention, at this time. Jones will remain in custody pending sentencing.